```
              FILED
   CLERK, U.S. DISTRICT COURT

         APR 12 2011

   CENTRAL DISTRICT OF CALIFORNIA
   BY                      DEPUTY
```

\_\_\_\_ Priority
\_\_\_\_ Send
\_\_\_\_ Clsd
\_\_\_\_ Enter
_X_ JS-5/JS-6
\_\_\_\_ JS-2/JS-3

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SALINAS, individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHASE HOME FINANCE, LLC, a Delaware corporation, and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | Case No. CV 10-09602-CAS (VBKx)<br><br>~~[PROPOSED]~~ ORDER ON PARTIES' STIPULATION RE: DISMISSAL OF CASE |

This Court, having considered the Parties' Stipulation Re: Dismissal of Case, filed April 1, 2011, Docket Number 26, and for all the reasons contained therein and for good cause shown, orders as follows:

**IT IS HEREBY ORDERED THAT** all claims of Plaintiff VERONICA SALINAS in the above captioned matter will be dismissed with prejudice.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22350569.1

[PROPOSED] ORDER

1     **IT IS FURTHER ORDERED THAT** all claims of Plaintiff VERONICA SALINAS, on Behalf of All Others Similarly Situated, in the captioned matter will be dismissed without prejudice.

    **IT IS FURTHER ORDERED THAT** Plaintiff VERONICA SALINAS, individually, retains all rights to pursue any claims she may have against Defendant CHASE HOME FINANCE, LLC in the United States Bankruptcy Court, including but not limited to United States Bankruptcy Court, Central District of California case no. 2:09-bk-14284-VZ ("Bankruptcy Action") and related to her claims against Defendant CHASE HOME FINANCE, LLC in the Bankruptcy Action to set aside any alleged assignment of any trust deed or note related to the Plaintiff's property located at 20428 Huntcliff Lane, Walnut, CA 91789 ("the Property") and to also challenge whether there is still a secured interest in the Property by the current alleged owner of the trust deed ("Bankruptcy Claims").

    **IT IS FURTHER ORDERED THAT** Defendant CHASE HOME FINANCE, LLC reserves all rights and legal defenses, and this stipulation does not waive any rights or legal defenses to challenge and dispute any future claims brought by Plaintiff VERONICA SALINAS against Defendant CHASE HOME FINANCE LLC, including in the Bankruptcy Action and related to the Bankruptcy Claims.

**IT IS SO ORDERED.**

Dated: _April 11_, 2011

_Christina A. Snyder_
The Honorable Christina A. Snyder
UNITED STATES DISTRICT
COURT JUDGE